UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Jason Blount, | Case No.:  21cv679-BLM |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO FILE PLAINTIFF'S MERITS BRIEF** |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | **[ECF NO. 34]** |
| Defendants. | |

On February 16, 2023, Plaintiff who is proceeding *pro se* and *in forma pauperis* filed a letter requesting an extension of time to file his merits brief, which the Court will construe as an *ex parte* motion for an extension of time. ECF No. 34. Plaintiff seeks a thirty (30) day extension to file his merits brief. Id. at 1. In support, Plaintiff indicates that he is "homeless and living in [his] truck[,]" which "makes it difficult for [him] to research and determin[e] what the brief requires." Id. In further support, Plaintiff states an attorney agreed to assist Plaintiff with preparing the brief but is unavailable until March 5, 2023. Id. This is Plaintiff's first request for an extension. See also Docket.

Good cause appearing, the Court **GRANTS** Plaintiff's *ex parte* motion to extend the time for Plaintiff to file his merits brief. Accordingly, the briefing schedule [ECF No. 29] is modified as follows:

1. Plaintiff must file his merits brief on or before **March 20, 2023**.
2. Defendant must file any opposition in response to Plaintiff's merits brief on or before **April 10, 2023**.
3. Plaintiff must file any reply in response to Defendant's opposition by **April 24, 2023**.
4. Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearance will be required.

**IT IS SO ORDERED**.

Dated: 2/17/2023

Hon. Barbara L. Major
United States Magistrate Judge